JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE BROWN, | ) Case No. CV09-8339 VBF (CTx) |
| Plaintiff, | ) |
| | ) **ORDER FOR DISMISSING** |
| vs. | ) **ACTION WITH PREJUDICE** |
| | ) |
| PRUDENTIAL INSURANCE | ) **[F.R.C.P. 41(a)]** |
| COMPANY OF AMERICA; | ) |
| SAFEWAY INSURANCE COMPANY | ) |
| LONG TERM DISABILITY PLAN and | ) |
| SAFEWAY INSURANCE COMPANY | ) |
| GROUP LIFE INSURANCE PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.


Dated: <u>February 18, 2011</u>

_Valerie Baker Fairbank_

Hon. Valerie Baker Fairbank
United States District Court Judge

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

0.0

1

Case No.  CV09-8339 VBF (CTx)
[PROPOSED] ORDER FOR DISMISSING
ACTION WITH PREJUDICE